428 A.2d 699

Commonwealth v. Pitzarella, Appellant.

Submitted April 12, 1979. D. Stephen Ferito, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND * and HOFF-MAN, JJ.

Order affirmed.